IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 APR 16 PM 4:14
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JEREMY WAYNE RUSSELL,<br><br>　　　　　　Defendant. | 4:18CR3040<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1) & (b)(1) |

The Grand Jury charges that:

## COUNT I

On or about February 27, 2018, in the District of Nebraska, Defendant JEREMY WAYNE RUSSELL did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.


/FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant United States Attorney

1